**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LARRY PORTER,              )
                             )    Civil Action No.: 2:19-cv-649
   Plaintiff,           )
                             )    Judge: Barry Ashe
   v.                   )
                             )    Magistrate: Michael North
CREDIT ACCEPTANCE    )
CORPORATION,            )
                             )
   Defendant.         )

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Larry Porter, ("Plaintiff"), through undersigned counsel, informs this Honorable Court that Plaintiff voluntarily dismisses this case, without prejudice.  Dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) because defendant never filed an answer or a motion for summary judgment.

DATED:  March 6, 2019            RESPECTFULLY SUBMITTED,

                                      */s/ Samuel J. Ford*
                                      Samuel J. Ford, Esq., T.A. #36081
                                      Scott, Vicknair, Hair & Checki, LLC
                                      909 Poydras St., Ste. 1100
                                      New Orleans, LA 70112
                                      ford@svhclaw.com
                                      Phone: (504) 684-5200
                                      Fax: (504) 613-6351
                                      Attorney for Plaintiff